**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 27, 2022.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-20-00789-CV

---

## MICHAEL VAN DEELEN, Appellant

## V.

## TODD WANEK AND CHAD SPENCER, Appellees

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2020-53068**

---

### MEMORANDUM OPINION

This is a statutory interlocutory appeal from two orders granting special appearances signed on November 2, 2020. Tex. Civ. Prac. & Rem. Code Ann. § 51.014(7). On January 5, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion to dismiss is granted in part, but appellant request that we tax costs contrary to Texas Rule of Appellate Procedure 42.1(d) is denied. Tex. R. App. P. 42.1(d).

We dismiss the appeal and tax costs against appellant. *Id.*

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.